**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **RONALD WEINBERG**<br>  **Plaintiff**<br><br>**V.**<br><br>**HORNBLOWER CRUISES AND**<br>**EVENTS  LLC,**<br>  **Defendant** | )<br>)<br>)<br>)  **Civil Action**<br>)<br>)  **No. _____**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

### General Factual Allegations

1.     The Plaintiff, Ronald Weinberg, is a resident of Revere, Commonwealth of Massachusetts.

2.     The Defendant, Hornblower Cruises and Events LLC, is a corporation, duly organized and existing under the laws of the State of Illinois.

3.     On or about May 22, 2025, the Defendant, Hornblower Cruises and Events LLC, was doing business within the Commonwealth of Massachusetts.

4.     On or about 2025, the Defendant, Hornblower Cruises and Events LLC, was doing business within the Commonwealth of Massachusetts.

5.     On or about May 22, 2025, the Plaintiff, Ronald Weinberg, was employed by the Defendant, Hornblower Cruises and Events LLC.

6.     On or about May 22, 2025, the Plaintiff, Ronald Weinberg, was employed by the

Defendant, Hornblower Cruises and Events LLC, as a seaman, and a member of the crew of the M/V MICKEY MURPHY.

7.   On or about May 22, 2025, the Defendant, Hornblower Cruises and Events LLC, owned the M/V MICKEY MURPHY.

8.   The Defendant, Hornblower Cruises and Events LLC, chartered the M/V MICKEY MURPHY from some other person or entity such that on or about May 22, 2025 the Defendant, Hornblower Cruises and Events LLC was the owner pro hac vice of the M/V MICKEY MURPHY.

9.   On or about May 22, 2025, the Defendant, Hornblower Cruises and Events LLC, operated the M/V MICKEY MURPHY.

10.   On or about May 22, 2025, the Defendant, Hornblower Cruises and Events LLC, or the Defendant's agents, servants, and/or employees, controlled the M/V MICKEY MURPHY.

11.   On or about May 22, 2025, the M/V MICKEY MURPHY was in navigable waters.

12.   On or about May 22, 2025, while in the in the performance of his duties in the service of the M/V MICKEY MURPHY, the Plaintiff,  Ronald Weinberg, sustained personal injuries, which include but are not limited to a below the knee amputation of his right leg and other injuries which will be show at the time of the trial.

13.   Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Ronald Weinberg, was exercising due care.

### Jurisdiction

14.   This Court has subject matter jurisdiction over this matter pursuant to The

2

Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §30104, et. seq. (formerly §688 et. seq.).

15.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331, 1332 and alternatively 28 U.S.C. §1333.

**COUNT I**
**Ronald Weinberg v. Hornblower Cruises and Events LLC**
**(JONES ACT NEGLIGENCE)**

16.     The Plaintiff, Ronald Weinberg, reiterates the allegations set forth in paragraphs 1 through 15 above.

17.     The personal injuries sustained by the Plaintiff, Ronald Weinberg, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees, including but not limited to the following:

a.     Defendant failed to provide the Plaintiff with a safe place to work;

b.     Defendant failed to comply with its own policies and procedures;

c.     Defendant failed to maintain the vessel's gear, equipment, working areas And machinery in a safe condition for operations;

d.     Defendant failed to warn plaintiff of a potentially dangerous condition;

e.     Defendant failed to train employees in procedure, operation and safe work practices;

f.     Defendant failed to properly instruct and/or supervise the crewmembers;

g.     Defendant failed to properly store the line;

h.     and other aspects which will be shown at the time of trial.

18.      As a result of said injuries, the Plaintiff,  Ronald Weinberg, has suffered pain of

3

body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

19.   This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, Ronald Weinberg, demands judgment against the Defendant, Hornblower Cruises and Events LLC, in an amount to be determined by a jury together with interest and costs.

## COUNT II
### Ronald Weinberg v. Hornblower Cruises and Events LLC
### (GENERAL MARITIME LAW  -  UNSEAWORTHINESS)

20.   The Plaintiff, Ronald Weinberg, reiterates the allegations set forth in paragraphs 1 through 15 above.

21.   The personal injuries sustained by the Plaintiff, Ronald Weinberg, were due to no fault of his, but were caused by the unseaworthiness of the M/V MICKEY MURPHY, including but not limited to the following

     a.     the vessel, its gear, equipment, working areas, machinery and appurtenances were not fit for their intended purposes:

     b.     lack of and/or improper placed of equipment

     c.     and all other aspects which will be shown at the time of trial.

22.   As a result of said injuries, the Plaintiff,  Ronald Weinberg has, suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

23.   This cause of action is brought under the General Maritime Law for

4

Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, Ronald Weinberg, demands judgment against the Defendant, Hornblower Cruises and Events LLC, in an amount to be determined by a jury together with interest and costs.

## COUNT III
### Ronald Weinberg v. Hornblower Cruises and Events LLC
### (GENERAL MARITIME LAW - MAINTENANCE and CURE)

24.    The Plaintiff, Ronald Weinberg, reiterates all of the allegations set forth in Paragraphs 1 through 15 above.

25.    As a result of the personal injuries described in paragraph 12 above, the Plaintiff, Ronald Weinberg, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, Ronald Weinberg, demands judgment against the Defendant, Hornblower Cruises and Events LLC, in the amount to be determined for maintenance and cure, together with costs and interest.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

**RAISED IN COUNTS I-III**

**Respectfully submitted for the
the Plaintiff,  Ronald Weinberg,
by his attorney,**

/c/ Carolyn M. Latti
Carolyn M. Latti
Latti Associates LLC
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
clatti@latttiassociates.com

Dated: October 13, 2025